PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Adolphus W. Webb                                      Case Number: 3:01-00037-01

Name of Judicial Officer: The Honorable John T. Nixon, Senior U.S. District Judge

Date of Original Sentence: February 3, 2003

Original Offense: 21 U.S.C. § 841(a)(1) and (b)(1)(c) Distribution of a Controlled Substance: Hydromorphone

Original Sentence: 94 months' custody; 6 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: October 19, 2009

Assistant U.S. Attorney: Sunny A.M. Koshy          Defense Attorney: C. Douglas Thoresen

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 8 day of May, 2013,
and made a part of the records in the above case.

_____
Senior U. S. District Judge
John T. Nixon

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date      April 24, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

Adolphus W. Webb was cited for Driving on a Suspended Driver's License by the Metropolitan Police Department, Nashville, Tennessee, on April 19, 2013. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on a later date, citation number SC1024601.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Webb has been on supervision since October 19, 2009, and was moved to the Compliant Caseload on March 3, 2012.

Mr. Webb lives with his parents and is currently employed.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Webb be continued on supervised release and that this be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer